United States District Court
Southern District of Texas
**ENTERED**
November 04, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| KEITH MERCHANT,<br>"Petitioner," | §<br>§<br>§ | |
| v. | §<br>§ | Civil Action No. 1:26-cv-00256 |
| PAMELA JO BONDI, *et al.*,<br>"Respondents" | §<br>§<br>§ | |

**ORDER**

Before the Court is "Petitioner's Emergency Motion for Temporary Restraining Order" (Dkt. No. 15) ("TRO"). It is **ORDERED** that Respondents shall file a response to Petitioner's TRO (Dkt. No. 15) by **November 13, 2026, at 5:00 p.m. CST**.

SIGNED this November 4, 2026

Rolando Olvera
United States District Judge